UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DYLAN C. BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-1599 |
| | ) | Chief Judge Crenshaw |
| BLAIR LEIBACH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 40) recommending that Blair Leibach's unopposed Motion for Summary Judgment (Doc. No. 34) be granted and that this case be dismissed. No objection has been filed. After *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The Report and Recommendation (Doc. No. 40) is **ADOPTED AND APPROVED;**

(2) Leibach's Motion for Summary Judgment (Doc. No. 34) is **GRANTED;** and

(3) This case is hereby **DISMISSED WITH PREJUDICE.**

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE